HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
Y. ANNA SUH (SBN 228632)
asuh@akingump.com
575 Market Street, Suite 3700
San Francisco, California 94115
Telephone: 415.975.3700
Facsimile: 415.975.3701

Attorneys for Defendant
REGAL CINEMA'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>            Plaintiff,<br><br>      v.<br><br>REGAL CINEMAS, INC.,<br><br>            Defendant. | Case No. C08-1024 BZ<br><br>[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS<br><br>Date Action Filed: February 20, 2008<br><br>Date: October 15, 2008<br>Time: 10:00 a.m.<br>Ctrm: G, Fifteenth Floor<br><br>Magistrate Judge Bernard Zimmerman |

    On this day, the Court considered Defendant Regal Cinemas, Inc.'s Motion to Dismiss. After considering Defendant's Motion, Plaintiff's Response, Defendant's Reply, and all arguments of counsel, the Court finds that Defendant's Motion has merit and that Plaintiff's Title III claim shall be dismissed as a matter of law because Plaintiff has failed to state a claim upon which relief may be granted. Accordingly, the Court hereby GRANTS Defendant's Motion.

1  It is therefore ORDERED that Defendant Regal Cinemas, Inc.'s Motion to Dismiss is
2  GRANTED, that Plaintiff's ADA Title III claims are dismissed with prejudice, and that Plaintiff's state
3  law claims are dismissed without prejudice.
4
5  SIGNED on _____, 2008.
6
7  _____
   UNITED STATES MAGISTRATE JUDGE
8  26193805