1  HUNTON & WILLIAMS LLP
   M. BRETT BURNS (SBN 256965)
2  mbrettburns@hunton.com
   Y. ANNA SUH (SBN 228632)
3  asuh@akingump.com
   575 Market Street, Suite 3700
4  San Francisco, California 94115
   Telephone: 415.975.3700
5  Facsimile: 415.975.3701

6  Attorneys for Defendant
   REGAL CINEMA'S, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| MICHAEL FERNANDES,        | Case No. C08-1024 BZ |
|---------------------------|----------------------|
| Plaintiff,                |                      |
| v.                        | [PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY DEADLINES |
| REGAL CINEMAS, INC.,      | Date Action Filed: February 20, 2008 |
| Defendant.                | Date: October 15, 2008<br>Time: 10:00 a.m.<br>Ctrm: G, Fifteenth Floor<br><br>Magistrate Judge Bernard Zimmerman |

On this day, the Court considered Defendant Regal Cinemas, Inc.'s Motion to Stay Deadlines. After considering Defendant's Motion and all evidence and arguments of counsel, the Court finds that Defendant's motion has merit and that all deadlines in General Order 56 and the case schedule, including discovery deadlines, shall be stayed until the Court rules on Defendant's Motion to Dismiss. Accordingly, the Court hereby GRANTS Defendant's Motion.

1  It is therefore ORDERED that Defendant Regal Cinemas, Inc.'s Motion to Stay Deadlines is
2  GRANTED, and all deadlines set forth in the Case Schedule (Docket No. 2) are hereby STAYED until
3  the Court rules on Defendant's Motion to Dismiss.
4
5  SIGNED on _____, 2008.
6
7                                                            _____
                                                              UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY DEADLINES