THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  CV  08-1024- BZ |
| Plaintiff, | WAIVER OF RIGHT TO DAMAGES EXCEEDING $4,000 |
| v. | |
| REGAL CINEMAS, INC., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that for purposes of this Action, Plaintiff hereby irrevocably waives any and all rights he may have to seek or recover damages, regardless of type, which total in excess of $4,000.

September 7, 2008

                            S/Thomas N. Stewart, III
                              Attorney for Plaintiff