THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. CV 08-1024- BZ |
| Plaintiff, | PLAINTIFF'S NOTICE OF NO OPPOSITION TO DEFENDANT'S MOTION TO STAY THE CASE SCHEDULE |
| v. | |
| REGAL CINEMAS, INC., | October 15, 2008 |
| | 10:00 a.m. |
| Defendants. | Courtroom G; 15th Floor |

Notice is hereby given that Plaintiff's does not oppose Defendant's Motion to Stay the Case Schedule pending the Court's ruling in Defendant's Motion to Dismiss.

September 7, 2008

S/Thomas N. Stewart, III
Attorney for Plaintiff

CV 08-1024- BZ                1