1 | HUNTON & WILLIAMS LLP
M. BRETT BURNS (SBN 256965)
2 | mbrettburns@hunton.com
Y. ANNA SUH (SBN 228632)
3 | asuh@hunton.com
575 Market Street, Suite 3700
4 | San Francisco, CA 94105
Telephone: 415.975.3700
5 | Facsimile: 415.975.3701

6 | Attorneys for Defendant Regal Cinemas, Inc.

7 |  UNITED STATES DISTRICT COURT

8 |  NORTHERN DISTRICT OF CALIFORNIA

9 |  SAN FRANCISCO DIVISION

| MICHAEL FERNANDES, | Case No. C08-1024 BZ |
| Plaintiff, | |
| v. | DEFENDANT'S AMENDED NOTICE OF MOTION TO STAY DEADLINES IN CASE SCHEDULE |
| REGAL CINEMAS, INC., | Date Action Filed: February 20, 2008 |
| Defendant. | Date: December 3, 2008 Time: 10:00 a.m. Ctrm: G, Fifteenth Floor |
| | Magistrate Judge Bernard Zimmerman |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 3, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Bernard Zimmerman, United States Magistrate Judge, located at 450 Golden Gate Ave., San Francisco, California 94102, Defendant Regal Cinemas, Inc. will and hereby does move to stay the deadlines set forth in the Case Schedule and General Order 56 until the Court rules on Defendant's contemporaneously-filed Motion to Dismiss and makes a threshold determination as to the viability of Plaintiff's claims in this lawsuit.[1]

Defendant's motion is made pursuant to Rules 16(b) and 26(c) of the Federal Rules of Civil Procedure on the ground that good cause exists for staying all mandatory discovery deadlines set forth

---

[1] Defendant files this Motion subject to and without waiving its Motion to Dismiss.

1    in the Case Schedule and under the Northern District of California's General Order 56 so that the

2    Court can rule on purely legal issues that may dispose of this case before the parties engage in costly

3    and time-consuming discovery that may ultimately be unnecessary.

4         This motion is based upon this notice of motion and motion, on the memorandum of points and

5    authorities filed herewith, and on all the pleadings and papers on file herein.

6    Dated:  September 8, 2008                    **HUNTON & WILLIAMS LLP**

7

8                                   By  s/ Y. Anna Suh
                                              Y. Anna Suh

9                                        Attorneys for Defendant Regal Cinemas, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S AMENDED NOTICE OF MOTION TO STAY DEADLINES IN CASE SCHEDULE