UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,        )
                          )
        Plaintiff,        )   No. C08-1024 BZ
                          )
    v.                    )   **BRIEFING ORDER**
                          )
REGAL CINEMAS, INC.,      )
                          )
        Defendant.        )
_____)

Having received defendant's motion to dismiss scheduled for hearing on December 3, 2008, **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's opposition shall be filed by **October 1, 2008**; and

2.  Defendant's reply, if any, shall be filed by **October 10, 2008.**

Dated: September 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FERNANDES\Briefing Order.wpd

1