UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>        Plaintiff,<br><br>   v.<br><br>REGAL CINEMAS, INC.,<br><br>        Defendant. | No. 08-1024 BZ<br><br>**ORDER STAYING DEADLINES** |

    Defendant Regal Cinemas, Inc.'s unopposed motion to stay the General Order No. 56 deadlines is **GRANTED.**

    It is therefore **ORDERED** that all deadlines set forth in the Case Schedule (Docket No. 2) are hereby **STAYED** until the court rules on defendant's motion to dismiss.

Dated: September 11, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FERNANDES\ORDER GRANTING MOT. TO STAY DEADLINES.wpd

1