UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>   Plaintiff,<br><br>   v.<br><br>REGAL CINEMAS, INC.,<br><br>   Defendant. | No. 08-1024 BZ<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY BRIEF** |

Plaintiff's unopposed application for leave to file a surreply to defendant's reply brief is **GRANTED**.

Dated: November 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FERNANDES\ORDER GRANTING P'S APPLICATION TO FILE A SURREPLY.wpd

1