THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  CV  08-1024- BZ |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| REGAL CINEMAS, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  February 27, 2009                             Date:  March 1, 2009

S/M. Brett Burns,                                             S/Thomas N. Stewart, III,
Attorney for Defendant                                  Attorney for Plaintiff

IT IS SO ORDERED:

Date:  March 2, 2009                                      _____
                                                                              Judge

CV  08-1024- BZ                                    1